UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

K.L., individually and on behalf of M.L., a child with a disability,

                *Plaintiffs,*         NOTICE OF MOTION

    -against-

                                     Case No. 12 Civ. 6313

WARWICK VALLEY CENTRAL SCHOOL DISTRICT,

                *Defendant.*

─────────────────────────────────────────

    PLEASE TAKE NOTICE that upon the annexed declarations of Andrew K. Cuddy, Jason H. Sterne, and Michael J. Cuddy, Jr., sworn to on the 1st day of March, 2013, and upon the exhibits attached thereto, the plaintiff will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order granting attorneys' fees and related costs in favor of the plaintiff. Oral argument is not requested.

    The basis for the motion is that the plaintiff is a prevailing party pursuant to the Individuals with Disabilities Education Act (IDEA).

Dated: Auburn, New York
       March 1, 2013

                                              Respectfully submitted,

                                              s/Jason H. Sterne
                                              CUDDY LAW FIRM, P.C.
                                              *Attorneys for Plaintiff*
                                              Jason H. Sterne, Esq.
                                              Bar No. JS5757
                                              145 E. Genesee Street
                                              Auburn, New York 13021
                                              (716) 316-5313
                                              jhsterne@me.com