# Cuddy Law Firm, P.C.

145 East Genesee Street
Auburn, New York 13021
Phone:  (716) 868-9103
Fax:     (718) 569-6466
Email: acuddy@cuddylawfirm.com

Date: February 5, 2013

Client:

RE: Admin
CASE# A-12-0135-SE

# INVOICE

| INIT | DATE | SERVICE RENDERED | TIME | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| AC | 4/25/12 | Review email of DA re: call from client and message left from 4/24, call with DA re: same, notes to file (.1). Email client re: intake process, notes to file (.1). | 0.2 | $95.00 | $95.00 |
| AC | 4/25/12 | Review email of client (K) re: status, review, notes to file (.1). | 0.1 | $47.50 | $142.50 |
| AC | 4/27/12 | Review email of DA to client with intake document resent, notes to file (.1). | 0.1 | $47.50 | $190.00 |
| AC | 4/30/12 | Review email of DA re: call from parent. Review lengthy message on voicemail from client, notes to file (.1). Lengthy call with client re: reimbursement v. 3602-c placement issues, notes to file (.9). | 1.0 | $475.00 | $665.00 |
| AC | 5/8/12 | Review email of DA re: contact with client and records status, notes to file (.1). | 0.1 | $47.50 | $712.50 |
| AC | 5/14/12 | Review email of client re: attempt to get IEP, notes to file (.1). Review DA email to client re: status, notes to file (NC). | 0.1 | $47.50 | $760.00 |
| AC | 5/18/12 | Review email of client re: J. Ferber email, KN attached letter, notes to file (.1). | 0.1 | $47.50 | $807.50 |
| AC | 5/21/12 | Review email of client re: status, KN letter, respond, notes to file (.1). | 0.1 | $47.50 | $855.00 |
| AC | 5/23/12 | Review records received from client via FedEx- email correspondence with J. Ferber, reports of school, other documents (1.5). Phone call with client, rescheduled, notes to file (NC). | 1.5 | $712.50 | $1,567.50 |
| AC | 5/23/12 | Conference call with parent re: issues IAES v. unilateral placement, strategy coordinations, KN issues, notes to file (1.2). | 1.2 | $570.00 | $2,137.50 |

| | | | | | |
|---|---|---|---|---|---|
| AC | 5/24/12 | Correspond with clients re: scope of representation, strategy, notes to file (.3). | 0.3 | $142.50 | $2,280.00 |
| AC | 5/25/12 | Review email of client (B) of 5/24 re: scope of representation, respond, notes to file (.2). | 0.2 | $95.00 | $2,375.00 |
| AC | 5/25/12 | Review email of client with questions re: scope of representation, respond, notes to file (.2). | 0.2 | $95.00 | $2,470.00 |
| AC | 5/28/12 | Review email of client re: scheduling call, notes to file (.1) (NC). | 0.0 | $0.00 | $2,470.00 |
| AC | 5/28/12 | Phone call with clients re: strategy, scope of representation, notes to file (.2). | 0.2 | $95.00 | $2,565.00 |
| AC | 5/28/12 | Review email of client re: scheduling call, overwhelmed, have questions, notes to file (.1) (NC). | 0.0 | $0.00 | $2,565.00 |
| AC | 5/29/12 | Review email of client re: scheduling call, notes to file (.1) (NC). | 0.0 | $0.00 | $2,565.00 |
| AC | 5/29/12 | Review email of client re: scheduling a call, notes to file (.1) (NC). | 0.0 | $0.00 | $2,565.00 |
| AC | 5/30/12 | Phone call with DA re: communication with client re: scheduling, status, gave directions to follow-up with client, notes to file (.1). Review DA email to client re: same, notes to file (.1) (NC). | 0.1 | $47.50 | $2,612.50 |
| AC | 6/6/12 | Review email of client re: records sent, notes to file (.1). | 0.1 | $47.50 | $2,660.00 |
| AC | 6/6/12 | Review correspondence from client re: scope of representation, notes to file (.2). | 0.2 | $95.00 | $2,755.00 |
| AC | 6/13/12 | Work on draft of Hearing Request, notes to file (4.0), email to DA with directions on contacting client to review and clarify facts, notes to file (.2). | 4.2 | $1,995.00 | $4,750.00 |
| AC | 6/18/12 | Email KSN and CPL re: status, Hearing Request, settlement, MC handling initially, notes to file (.2). | 0.2 | $95.00 | $4,845.00 |
| AC | 6/18/12 | Review email of DA re: contact with client, question, respond with directions, notes to file (.2). | 0.2 | $95.00 | $4,940.00 |
| AC | 6/20/12 | Review email of KN re: settlement, notes to file (.1) (NC). | 0.0 | $0.00 | $4,940.00 |
| AC | 6/22/12 | Review email of MC re: his contact with KN, notes to file (NC) (.1). Review email of DA re: contact with client re: settlement. | 0.0 | $0.00 | $4,940.00 |
| AC | 6/22/12 | Review email of KN re: IHO appointment, possible settlement, notes to file (.1) (NC). | 0.0 | $0.00 | $4,940.00 |
| AC | 6/25/12 | Review email of client with district re: Resolution Session, notes to file (.1) (NC). | 0.0 | $0.00 | $4,940.00 |
| AC | 6/26/12 | Review email of client re: status, strategy, stay-put question, respond, notes to file (.2). | 0.2 | $95.00 | $5,035.00 |

| | | | | | |
|---|---|---|---|---|---|
| AC | 6/26/12 | Review email of A. LaBelle with district answer to complaint, dated 6/25/12, notes to file (.2), email clients with copy of response of district and note, notes to file (.1). | 0.3 | $142.50 | $5,177.50 |
| AC | 6/26/12 | Review email of KN re: invoice, settlement, respond, notes to file (.2). | 0.2 | $95.00 | $5,272.50 |
| AC | 6/26/12 | Review documents re: attorney fees to send to KN re: settlement issues, email sent with attachment, notes to file (.3). | 0.3 | $142.50 | $5,415.00 |
| AC | 6/26/12 | Review email of client requesting call, phone call with client re: concerns over settlement negotiation, notes to file (.2). | 0.2 | $95.00 | $5,510.00 |
| AC | 6/27/12 | Review email of KN re: settlement issues, respond, notes to file (.1). Phone call with MC re: same, notes to file (.1). Email MC re: strategy for negotiation with KN, notes to file (.1). | 0.3 | $142.50 | $5,652.50 |
| AC | 6/28/12 | Discuss status of case with MC, notes to file (.1). Email IHO re: scheduling, not joining in requests for extensions, open hearing, notes to file (.2). Review KN email to IHO, respond, notes to file (.1). Email KN re: settlement, notes to file (.1). | 0.5 | $237.50 | $5,890.00 |
| AC | 6/28/12 | Review email of KN re: hearing scheduling, respond, notes to file (.1). Email IHO with proposal dates, notes to file (.1). Review KN email re: scheduling, notes to file (.1). Review another email of KN re: scheduling, respond, notes to file (.1). Review another email of KN re: CSE chair non-available until after 7/9, respond, notes to file (.1). | 0.5 | $237.50 | $6,127.50 |
| AC | 6/29/12 | Review email of KN to IHO with BS assertions, notes to file (.1). | 0.1 | $47.50 | $6,175.00 |
| AC | 7/2/12 | Review fax and email of IHO re: recusal, communication with clients re: same, notes to file (.2). Email KN re: IHO appointment, notes to file (.1). | 0.3 | $142.50 | $6,317.50 |
| AC | 7/2/12 | Review two emails of client re: contact with district re: IEP status, notes to file (.1)(NC). | 0.0 | $0.00 | $6,317.50 |
| AC | 7/2/12 | Review email of KS re: status of new IHO appointment, notes to file (.1) | 0.1 | $47.50 | $6,365.00 |
| AC | 7/7/12 | Review email of client (B) re: status, note to file (.1) | 0.1 | $47.50 | $6,412.50 |
| AC | 7/9/12 | Review email of MC to client re: strategy, note to file (.1) | 0.1 | $47.50 | $6,460.00 |

| | | | | | |
|---|---|---|---|---|---|
| AC | 7/11/12 | Phone call from MC re: contact from KN, reneging on settlement terms, discuss with MC communication with client, note to file (.2), review KN email of 7/10, note to file (.1), review email of MC to clients re: same, note to file (.1), review email of client (K) re: concerns, note to file (.1), phone call with client re: strategy, District's position and likely responses, note to file (.2), phone call with DA re: status, her involvement in resolution session, her communication with client and strategy, note to file (.2), email to KN re: parent recording resolution session, DA to participate in resolution session by phone, her ex parte communication with the IHO, note to file (.2). | 1.1 | $522.50 | $6,982.50 |
| AC | 7/11/12 | Review email of client (K) re: communication with District re: superintendent's participation in resolution session, note to file (.1), review email of MC re: recent contact with KN, note to file (.1), email KN to have no further contact with MC to run up fees, all contact to me, note to file, review MC email re: KN methods, note to file (.1)(NC), review email of KN re: her contact with MC, note to file (.1)(NC), review emails (x2) of MC to client re: settlement discussion history, note to file (.1)(NC), review email of KN re: recording of resolution session, her ex parte communication with IHO, stating that I contacted IHO to schedule dates, respond, notes to file (.3), review email of KN re: recording resolution session, read the cited SRO decision, respond, notes to file (.6), Email to KN requesting number for DA to call into for resolution session, second request by me (.1), Email IHO re: ex parte communication, scheduling, other issues, note to file (.3) | 1.5 | $712.50 | $7,695.00 |

| | | | | | |
|---|---|---|---|---|---|
| AC | 7/12/12 | Review email of KN re: logistics for resolution session, respond with DA phone number and re: my availability for conference call, note to file (.1), Phone call with DA re: problems at the resolution session, district intimidating parent, note to file (.2), second call with DA re: resolution session concluded, written offer to follow, contents based on her notes, note to file (.2), phone call with client (K) re: resolution session events, offer of district, he will send a hard copy, notes to file (.2), review email of KN with offer, review offer in detail, forward to JS for input, notes to file (.3), phone call with JS re: offer of district, strategy, note to file (.1), phone call with client (B) re: status, settlement, change in family situation (job loss), notes to file (.4), review email of KN to IHO re: status, phone call, scheduling conference call, respond to IHO, note to file (.2), review recording of the resolution session, notes to file (.2) | 1.9 | $902.50 | $8,597.50 |
| AC | 7/12/12 | Phone call from DA re: intimidation tactics at resolution session, notes to file (.2). Second call from DA re: resolution session unsuccessful, notes to file (.2). | 0.4 | $190.00 | $8,787.50 |
| AC | 7/13/12 | Review email of A. LaBelle to IHO re: scheduling, notes to file (.1). | 0.1 | $47.50 | $8,835.00 |
| AC | 7/13/12 | Review email of KN re: status of settlement, respond with question about a term, clients not available due to family crisis, note to file (.1) | 0.1 | $47.50 | $8,882.50 |
| AC | 7/15/12 | Review email of IHO re: scheduling call, notes to file (.1). | 0.1 | $47.50 | $8,930.00 |
| AC | 7/16/12 | Review email of KN re: status query, notes to file (.1). Second email of KN re: conference call, respond, notes to file (.1). Review email of KN re: status, review email of IHO re: logistics for call, review email of A. LaBelle re: logistics for call, notes to file (.1). Review email of A. LaBelle with recording of call, notes to file (.1). | 0.4 | $190.00 | $9,120.00 |
| AC | 7/16/12 | Review email of KN with new document of A&O, respond, notes to file (.3). Review email of KN re: draft of A&O, notes to file (.1). | 0.4 | $190.00 | $9,310.00 |
| AC | 7/17/12 | Review email of KN re: A&O negotiation, respond, notes to file (.1). | 0.1 | $47.50 | $9,357.50 |

| | | | | | |
|---|---|---|---|---|---|
| AC | 7/17/12 | Review email of KN with A&O final version, forward to clients for execution, notes to file (.3). Review email of DA re: status, respond, notes to file (.1). | 0.4 | $190.00 | $9,547.50 |
| AC | 7/17/12 | Review email of client (B) re: Bishop Dunn letter, settlement issues, notes to file (.1). | 0.1 | $47.50 | $9,595.00 |
| AC | 7/18/12 | Phone call with clients re: settlement questions, notes to file (.2). Review fax of settlement, forward to KN (.1). Review email of client to C. Fox re: record release issue, notes to file (.1). Review email of KN re: receipt of settlement, processing, notes to file (.1). Review email of A. LaBelle re: processing settlement, notes to file (.1). Review email of A LaBelle to IHO with executed document, notes to file (.1). | 0.7 | $332.50 | $9,927.50 |
| AC | 7/20/12 | Review email of client re: status, respond, notes to file (.1). | 0.1 | $47.50 | $9,975.00 |
| AC | 7/23/12 | Email IHO re: status of agreement execution, notes to file (.1). | 0.1 | $47.50 | $10,022.50 |
| AC | 7/23/12 | Review email of IHO re: status of execution of A&O, respond, notes to file (.1). | 0.1 | $47.50 | $10,070.00 |
| AC | 7/24/12 | Review email of client acknowledging yesterday's communication, notes to file (.1) (NC). | 0.0 | $0.00 | $10,070.00 |
| AC | 7/26/12 | Email KN re: executed A&O query, review response, respond, notes to file (.1). | 0.1 | $47.50 | $10,117.50 |
| AC | 7/26/12 | Review email of A. LaBelle with executed agreement, notes to file (.2), forward to clients, notes to file. | 0.2 | $95.00 | $10,212.50 |
| | | **Total Hours** | **21.5** | | |
| MC | 6/15/12 | review IEP, e-mail records, hearing request | 0.40 | $190.00 | $10,402.50 |
| MC | 6/16/12 | review student records | 1.10 | $522.50 | $10,925.00 |
| MC | 6/19/12 | scanned and sent organized bundles of docs to SPC | 0.00 | $0.00 | $10,925.00 |
| MC | 6/19/12 | e-msg to DA re: organization of disclosure documents | 0.10 | $47.50 | $10,972.50 |
| MC | 6/19/12 | e-msgs to SPC and DA re: partial document; DA's response | 0.10 | $47.50 | $11,020.00 |
| MC | 6/19/12 | met with SPC re: partial documents | 0.10 | $47.50 | $11,067.50 |
| MC | 6/21/12 | review and revise draft settlement agreement | 0.30 | $142.50 | $11,210.00 |
| MC | 6/21/12 | e-msg to K Norlander with draft | 0.20 | $95.00 | $11,305.00 |
| MC | 6/21/12 | e-msg from K Norlander 1:59; reply 3:06 | 0.20 | $95.00 | $11,400.00 |
| MC | 6/21/12 | phone conversation AKC re: draft | 0.10 | $47.50 | $11,447.50 |

| | | | | | |
|---|---|---|---|---|---|
| MC | 6/22/12 | phone conversation with DA re: communication with parent, settlement agreement 1:10 12:29 | 0.20 | $95.00 | $11,542.50 |
| MC | 6/22/12 | e-msg from K Norlander 9:29 | 0.10 | $47.50 | $11,590.00 |
| MC | 6/22/12 | call to K Norlander (home) | 0.00 | $0.00 | $11,590.00 |
| MC | 6/22/12 | call to K Norlander (office) | 0.30 | $142.50 | $11,732.50 |
| MC | 6/22/12 | call from B Leeman re: settlement | 0.40 | $190.00 | $11,922.50 |
| MC | 6/22/12 | call from K Leeman re: res mtg | 0.10 | $47.50 | $11,970.00 |
| MC | 6/22/12 | e-mails to/from AKC re: res mtg | 0.10 | $47.50 | $12,017.50 |
| MC | 6/22/12 | call to K Leeman re: res mtg | 0.10 | $47.50 | $12,065.00 |
| MC | 6/23/12 | received e-msg from K Norlander with attachments; reviewed, with notes for reply | 0.30 | $142.50 | $12,207.50 |
| MC | 6/24/12 | Two calls with Mr. Leeman | 0.1 | $47.50 | $12,255.00 |
| MC | 6/25/12 | Phone call with K. Norlander | 0.6 | $285.00 | $12,540.00 |
| | | **Total** | **4.9** | | |
| DA | 4/26/12 | Discuss status with AC. | 0.1 | $12.50 | $12,552.50 |
| DA | 4/27/12 | Resend intake documents to parent-call AC to confirm scope of representation | 0.2 | $25.00 | $12,577.50 |
| DA | 4/30/12 | Two email messages from parent, email AC to advise, email from AC re: status of parent sending documents. | 0.1 | $12.50 | $12,590.00 |
| DA | 5/8/12 | Email from/to AC re: status. | 0.1 | $12.50 | $12,602.50 |
| DA | 5/14/12 | Discuss status with AC | 0.1 | $12.50 | $12,615.00 |
| DA | 5/23/12 | Email from SC re: review fee received. | 0.1 | $12.50 | $12,627.50 |
| DA | 6/18/12 | Email from/to MC re: Social Worker report. | 0.1 | $12.50 | $12,640.00 |
| DA | 6/19/12 | Call from parent, discuss Bishop Dunn without Special Education for 2012-2013 school year, summer program, resolution session scheduled, how to approach. | 0.4 | $50.00 | $12,690.00 |
| DA | 6/19/12 | Call to AC, discuss possibility of proposing settlement to district before resolution session. | 0.1 | $12.50 | $12,702.50 |
| DA | 6/19/12 | Email between AC and K. Norlander re: possibility of settlement. | 0.1 | $12.50 | $12,715.00 |
| DA | 6/22/12 | Call to MC re: summer programming, tuition and attorney fees-discuss pendency at Bishop Dunn for summer, call to parent to advise. | 0.2 | $25.00 | $12,740.00 |
| DA | 6/22/12 | Call from AC re: terms of settlement, tuition and attorney fees, call parent to advise, message, email MC re: status. | 0.2 | $25.00 | $12,765.00 |
| DA | 6/22/12 | Call from parent, discuss summer programming, tuition and attorney fees. | 0.1 | $12.50 | $12,777.50 |
| DA | 6/25/12 | Call from parent re: status (message). | 0.1 | $12.50 | $12,790.00 |
| DA | 6/25/12 | Email to/from MC re: status. | 0.1 | $12.50 | $12,802.50 |

| | | | | | |
|---|---|---|---|---|---|
| DA | 7/2/12 | Received two emails from parent re: status of getting copy of IEP. | 0.1 | $12.50 | $12,815.00 |
| DA | 7/11/12 | Call from AC re: tomorrow's Resolution Session, email from AC to KN re: same. | 0.1 | $12.50 | $12,827.50 |
| DA | 7/11/12 | Call to MC re: need for settlement document, discuss tomorrow's Resolution Session. | 0.1 | $12.50 | $12,840.00 |
| DA | 7/11/12 | Received and review most recent version of settlement and two emails from MC re: tomorrow's Resolution Session. | 0.3 | $37.50 | $12,877.50 |
| DA | 7/11/12 | Emails between AC and KN re: tomorrow's Resolution Session. | 0.1 | $12.50 | $12,890.00 |
| DA | 7/12/12 | Review Hearing Request and recent settlement, notes to file for Resolution Session today. | 0.3 | $37.50 | $12,927.50 |
| DA | 7/12/12 | Call from parent (dad) prior to Resolution Session. | 0.1 | $12.50 | $12,940.00 |
| DA | 7/12/12 | Resolution Session and follow up call with AC, call AC and parent prior to return to Resolution Session. | 0.5 | $62.50 | $13,002.50 |
| DA | 7/12/12 | Call from parent (mom) for recap of Resolution Session, send recording to AC. | 0.5 | $62.50 | $13,065.00 |
| DA | 7/17/12 | Email from KN to AC with changes to agreement. | 0.1 | $12.50 | $13,077.50 |
| DA | 7/17/12 | Email from/to AC re: status of negotiations. | 0.1 | $12.50 | $13,090.00 |
| | | **Total** | **4.4** | | |
| | | | | | |
| SC | 6/15/12 | Review documents sent by parent, forward scanned copies to MC for further review, notes to file | 1.4 | $175.00 | $13,265.00 |
| SC | 6/18/12 | Continue reviewing documents, forward scanned copies to MC for further review, notes to file (.9) (NC) | 0.0 | $0.00 | $13,265.00 |
| SC | 6/19/12 | Meet with MC re: records. | 0.1 | $12.50 | $13,277.50 |
| | | **Total Hours** | **1.5** | | |
| | | | | | |
| | | | | Attorney Time Balance | **$13,277.50** |

**EXPENSE (S)**

| INIT. | DATE | SERVICE RENDERED | AMOUNT | BALANCE |
|---|---|---|---|---|
| AC | 6/19/12 | FAX: 2 pages X $2.00/page | $4.00 | $4.00 |
| | | Total | | **$4.00** |
| | | | | |
| | | Attorney Time | | $13,277.50 |
| | | Expense(s) | | $4.00 |
| | | | | |
| | | Balance Due | | $13,281.50 |

**NOTE:**

| Initial | Name | RATE |
|---|---|---|
| AC | Andrew K. Cuddy, Esq. | $475/hr |
| MC | Michael J. Cuddy, Jr., Esq. | $475/hr |
| JS | Jason H. Sterne, Esq. | $475/hr |
| AA | Adrienne J. Arkontaky, Esq. | $475/hr |
| NA | Nina C. Aasen, Esq. | $475/hr |
| JR | Janet Russo, Esq. | $475/hr |
| PA | Philip B. Abramowitz, Esq | $475/hr |
| DA | Diane Z. Aughtmon, paralegal | $125/hr |
| MV | Margaret Vogt, paralegal | $125/hr |
| CB | Carmen Barton, paralegal | $125/hr |
| SC | Shobna P. Cuddy, paralegal | $125/hr |