UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

K.L., individually and on behalf of M.L., a child with a disability,

                    *Plaintiffs,*

    -against-

WARWICK VALLEY CENTRAL SCHOOL DISTRICT,

                    *Defendant.*

DECLARATION

Case No. 12 Civ. 6313

---

    ADRIENNE ARKONTAKY, declares and states as follows:

    1. I am an attorney duly admitted to the Bar of this Court, and I am the managing partner of the White Plains office of the Cuddy Law Firm, P.C..

    2. My practice focuses on special needs planning, special education advocacy and litigation, guardianship, Medicaid, OPWDD and other administrative appeals.

    3. I was admitted to practice in New York in January 2005.

    4. I previously served as the Pro Bono Coordinator for a major law firm and a Service Coordinator for Family Connection, an agency providing case management for families of children with disabilities.

    5. I received my Juris Doctor degree from Pace University School of Law and received my Bachelor of Science degree from Iona College.

    6. I have reviewed my records for the past three months, and determined that I have been retained by twelve clients during that period at an hourly rate of $450, for special education representation. The paralegal rate on these retainers is $225 per hour. All these clients are paying for these services.

1

7. In addition, the following attorneys are billed out of this office at $475 per hour: Nancy Rothenberg, Andrew K. Cuddy, Michael J. Cuddy, Jr., and Jason H. Sterne.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 1st day of March, 2013.

                                                          s/ Adrienne Arkontaky
                                                          _____

                                                          Adrienne Arkontaky, Esq.
                                                          50 Main Street, Suite 1000
                                                          White Plains, New York 10606
                                                          (914) 682-6863
                                                          aarkontaky@cuddylawfirm.com